Commonwealth *v.* Allen, Appellant.

Submitted March 17, 1975. *Kalvin Kahn,* for appellant;

*Glenn S. Gitomer, Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.